# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: § 
 §
LAFFERTY, ROBERT M. § Case No. 10-12977 TAB
 §
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter    of the United States Bankruptcy Code was filed on
    .   The undersigned trustee was appointed on              .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                          $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]                          $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ _____ as interim compensation and now requests a sum of $ _____, for a total compensation of $ _____[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ _____, and now requests reimbursement for expenses of $ _____, for total expenses of $ _____[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/RONALD R. PETERSON _____
                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   1

Exhibit A

| | |
|---|---|
| Case No: | 10-12977   Judge: Timothy A Barnes |
| Case Name: | LAFFERTY, ROBERT M. |
| For Period Ending: | 08/31/12 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Date Filed (f) or Converted (c): | 03/25/10 (f) |
| 341(a) Meeting Date: | 05/21/10 |
| Claims Bar Date: | 08/25/10 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Primary residence 1111 W. 15th St., Unit 223, Chic | 360,000.00 | 0.00 | | 0.00 | 0.00 | 364,000.00 | 0.00 |
| 2. 221 E. Cullerton St., Unit 803, Chicago, IL 60617 | 145,000.00 | 0.00 | | 0.00 | 0.00 | 287,000.00 | 0.00 |
| 3. 1525 S. Sangamon St., Unit 704 Owned by partnershi | 145,000.00 | 0.00 | | 0.00 | 0.00 | 264,000.00 | 0.00 |
| 4. 1000 W. 15th St., Unit 238, Chicago, Illinois 6060 | 294,000.00 | 0.00 | | 0.00 | 0.00 | 300,000.00 | 0.00 |
| 5. First American Bank Personal checking account endi | 860.19 | 860.19 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 6. 221 account | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 7. 2 dressers, bed, armour, lamp, corner shelf, wall | 1,000.00 | 1,000.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 8. CDs, books, furniture | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 9. Ordinary wearing apparel | 250.00 | 250.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 10. Term life insurance | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 11. 100% stock Viper 1 Enterprise, Inc. Operates Quizn | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 12. Wells Fargo security account ending 7408 | 14.02 | 14.02 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 13. Tax refund - 2009 personal income taxes approximat | 4,000.00 | 4,000.00 | | 3,670.19 | FA | 0.00 | 0.00 |
| 14. Quiznos Subs 1332 S. Halsted St., Chicago, IL 6060 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | |

**FORM 1**
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page:   2

Exhibit A

| Case No: | 10-12977 | Judge: Timothy A Barnes |
|---|---|---|
| Case Name: | LAFFERTY, ROBERT M. | |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Date Filed (f) or Converted (c): | 03/25/10 (f) |
| 341(a) Meeting Date: | 05/21/10 |
| Claims Bar Date: | 08/25/10 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 15. 1990 Cadillac | 1,000.00 | 1,000.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 16. Tax refund | 4,000.00 | 3,000.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.20 | Unknown | 0.00 | 0.00 |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $955,124.21 | $10,124.21 | | $3,671.39 | $0.00 | $1,215,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

January 30, 2012, 12:50 pm.  Business failed.  Need to take one last look at real estate.

November 26, 2010, 5:33 p.m.  Attempting to value Quiznos franchise.

Initial Projected Date of Final Report (TFR): 09/30/13      Current Projected Date of Final Report (TFR): 04/30/13

_____  Date: _____
RONALD R. PETERSON

Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-12977  -TAB | Trustee Name: | RONALD R. PETERSON |
| Case Name: | LAFFERTY, ROBERT M. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8414  Checking Account |
| Taxpayer ID No: | *******8486 | | |
| For Period Ending: | 08/31/12 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/09/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 3,624.53 | | 3,624.53 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 3,624.53 | 0.00 | 3,624.53 |
| Less:  Bank Transfers/CD's | 3,624.53 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals          3,624.53                0.00

Ver: 16.06f

LFORM24

Page:    2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 10-12977  -TAB |
| Case Name: | LAFFERTY, ROBERT M. |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0435  Money Market Account (Interest Earn |

| | |
|---|---|
| Taxpayer ID No: | *******8486 |
| For Period Ending: | 08/31/12 |

| | |
|---|---|
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/28/10 | 13 | Robert M. Lafferty 1332 S. Halsted Chicago, Il 606007 | | 1124-000 | 3,670.19 | | 3,670.19 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.09 | | 3,670.28 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.10 | | 3,670.38 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.09 | | 3,670.47 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.09 | | 3,670.56 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.10 | | 3,670.66 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.09 | | 3,670.75 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.09 | | 3,670.84 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,670.87 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,670.90 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,670.93 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 3,670.96 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,670.99 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,671.02 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,671.05 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,671.08 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,671.11 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.68 | 3,666.43 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,666.46 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.52 | 3,661.94 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,661.97 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.51 | 3,657.46 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,657.49 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.80 | 3,652.69 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,652.72 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.34 | 3,648.38 |

Page Subtotals            3,671.23            22.85

FORM 2

Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 10-12977  -TAB | |
| Case Name: | LAFFERTY, ROBERT M. | |
| | | |
| Taxpayer ID No: | *******8486 | |
| For Period Ending: | 08/31/12 | |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0435  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,648.41 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.49 | 3,643.92 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 3,643.95 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.63 | 3,639.32 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,639.35 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.62 | 3,634.73 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,634.76 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.32 | 3,630.44 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,630.47 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.76 | 3,625.71 |
| 08/09/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 3,625.72 |
| 08/09/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 1.19 | 3,624.53 |
| | | 901 MAIN STREET | | | | | |
| | | 9TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 08/09/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 3,624.53 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 3,671.39 | 3,671.39 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 3,624.53 | |
| Subtotal | 3,671.39 | 46.86 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 3,671.39 | 46.86 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - *******8414 | 0.00 | 0.00 | 3,624.53 |
| Money Market Account (Interest Earn - *******0435 | 3,671.39 | 46.86 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 3,671.39 | 46.86 | 3,624.53 |
| | ============== | ============== | ============== |
| | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals                              0.16              3,648.54

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-12977  -TAB | | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | LAFFERTY, ROBERT M. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0435  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8486 | | | |
| For Period Ending: | 08/31/12 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Checking Account - *******8414 | | | Transfers) | To Debtors) | On Hand |
| | | Money Market Account (Interest Earn - *******0435 | | | | | |

| | | | | | Page Subtotals | 0.00 | 0.00 | |

| Page 1 | | | EXHIBIT C | | | | Date: August 31, 2012 |
| | | | ANALYSIS OF CLAIMS REGISTER | | | | |

Case Number:    10-12977
Debtor Name:    LAFFERTY, ROBERT M.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000001<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | Filed 06/14/10 | $0.00 | $101.98 | $101.98 |
| 000002<br>070<br>7100-00 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | Filed 07/23/10 | $0.00 | $14,517.44 | $14,517.44 |
| 000003<br>070<br>7100-00 | Fia Card Services, NA/Bank of<br>America<br>by American Infosource Lp As Its<br>Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | Filed 08/17/10 | $0.00 | $29,943.97 | $29,943.97 |
| 000004<br>070<br>7100-00 | Fia Card Services, NA/Bank of<br>America<br>by American Infosource Lp As Its<br>Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | Filed 08/17/10 | $0.00 | $31,424.99 | $31,424.99 |
| 000005<br>080<br>7200-00 | Advanta Bank Corp. in receivership of<br>FDIC<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | Filed 09/14/11 | $0.00 | $24,496.80 | $24,496.80 |
| | Case Totals: | | | $0.00 | $100,485.18 | $100,485.18 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-12977 TAB
Case Name: LAFFERTY, ROBERT M.
Trustee Name: RONALD R. PETERSON

Balance on hand                                    $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ | $ | $ |
| Trustee Expenses: RONALD R. PETERSON | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance                                         $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ _____ have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ | $ | $ |
| 000002 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ | $ | $ |
| 000003 | Fia Card Services,<br>NA/Bank of America<br>by American Infosource Lp<br>As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | $ | $ | $ |
| 000004 | Fia Card Services,<br>NA/Bank of America<br>by American Infosource Lp<br>As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $ _____

Remaining Balance                                              $ _____

Tardily filed claims of general (unsecured) creditors totaling $              have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Advanta Bank Corp. in receivership of FDIC c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ | $ | $ |

Total to be paid to tardy general unsecured creditors        $_____

Remaining Balance                                             $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE