## UNITED STATES BANKRUPTCY COURT
### NORTHERN  DISTRICT OF  ILLINOIS
### CHICAGO  DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LAFFERTY, ROBERT M. | § | Case No. 10-12977 TAB |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 10/30/2012 in Courtroom 642,
UNITED STATES BANKRUPTCY COURT
219 S. Dearborn St.
Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/27/2012                     By: UNITED STATES BANKRUPTCY
                                                 COURT
_____                                          Clerk


*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re:                                         §
                                               §
LAFFERTY, ROBERT M.                            §        Case No. 10-12977 TAB
                                               §
            Debtor(s)                          §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 3,671.39 |
| and approved disbursements of | $ | 46.86 |
| leaving a balance on hand of[1] | $ | 3,624.53 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ 917.85 | $ 0.00 | $ 917.85 |
| Trustee Expenses: RONALD R. PETERSON | $ 2.96 | $ 0.00 | $ 2.96 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 920.81 |
| Remaining Balance | $ 2,703.72 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 75,988.38  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  3.6  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ 101.98 | $ 0.00 | $ 3.63 |
| 000002 | Discover Bank Dfs Services LLC PO Box 3025 New Albany, OH 43054-3025 | $ 14,517.44 | $ 0.00 | $ 516.54 |
| 000003 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | $ 29,943.97 | $ 0.00 | $ 1,065.43 |
| 000004 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | $ 31,424.99 | $ 0.00 | $ 1,118.12 |

Total to be paid to timely general unsecured creditors          $          2,703.72

Remaining Balance          $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 24,496.80  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Advanta Bank Corp. in receivership of FDIC c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $              24,496.80 | $                    0.00 | $                  0.00 |

Total to be paid to tardy general unsecured creditors          $                  0.00

Remaining Balance          $                  0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Ronald R. Peterson

Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-12977-TAB
Robert M. Lafferty                                                        Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1            User: rgreen          Page 1 of 3           Date Rcvd: Sep 26, 2012
                                Form ID: pdf006       Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2012.
db          +Robert M. Lafferty,   1111 W. 15th St., Unit 223,   Chicago, IL 60608-2955
15313028     Advanta Bank Corp.,   c/o Becket & Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17082799     Advanta Bank Corp. in receivership of,   FDIC,   c o Becket and Lee LLP,   POB 3001,
             Malvern, PA 19355-0701
15313030     Bank of America,   PO Box 851001,   Dallas, TX 75285-1001
15313029    +Bank of America,   PO Box 5170,   Simi Valley, CA 93062-5170
15313032    +Business Office Solutions,   PO Box 446,   Oak Lawn, IL 60454-0446
15313034     CCO Mortgage,   PO Box 6260,   Glen Allen, VA 23058-6260
15313033     Capital One,   PO Box 6492,   Carol Stream, IL 60197-6492
15313035     Chase,   PO Box 15153,   Wilmington, DE 19886-5153
15705740     Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
15313036    #+Chris Pagliarulo,   200 W. Nebraska St.,   Frankfort, IL 60423-1422
15313037     Christian Poulsen,   15255 Sangamon, Unit 704,   Chicago, IL 60608
15313038    #+Citimortgage, Inc.,   PO Box 6006,   The Lakes, NV 88901-6006
15313039    +Darla Kaczmarski,   1111 W. 15th St., Unit 223,   Chicago, IL 60608-2955
15313041     FIA Card Services,   PO Box 851001,   Dallas, TX 75285-1001
15313043     HSBC Card Services,   PO Box 37281,   Baltimore, MD 21297-3281
15313044    +John Lipinski,   Coman & Anderson PC,   2525 Cabot Dr., Suite 300,   Lisle, IL 60532-0916
15313045    +Macy's Star Rewards,   Bankruptcy Processing,   PO Box 8066,   Mason, OH 45040-8066
15313046     Macy's Visa,   PO Box 183084,   Columbus, OH 43218-3084
15886653    +Merrill Lynch Bank USA,   c/o Business Lenders LLC,   50 State Street,   Hartford, CT 06109
15541718    +Phoenix Rising Mgmt Group Ltd,   946 W Randolph #200,   Chicago, IL 60607-2239
15541719    +University Commons Condominiun Association,   1011 W 14th Place,   Chicago, IL 60608-2204
15541720     University Commons II Condo,   POB 66089,   Chicago, IL 60666-0089
15541721     Wolin-Levin Inc,   Payment Processing Center,   POB 513205,   Los Angeles, CA 90051-1205
15313047    +Zach Young,   Will Mardouss,   1000 W. 15th St., Unit 238,   Chicago, IL 60608-1864

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15886652     E-mail/Text: bkr@cardworks.com Sep 27 2012 02:06:29     Advanta Bank Corp,   POB 8088,
             Philadelphia, PA 19101-8088
15313040     E-mail/PDF: mrdiscen@discoverfinancial.com Sep 27 2012 03:48:27     Discover,   PO Box 30943,
             Salt Lake City, UT 84130
15887783     E-mail/PDF: mrdiscen@discoverfinancial.com Sep 27 2012 03:48:27     Discover Bank,
             Dfs Services LLC,   PO Box 3025,   New Albany, OH  43054-3025
16008359     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 27 2012 03:45:59
             Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,   PO Box 248809,
             Oklahoma City, OK  73124-8809
15313042     E-mail/Text: ally@ebn.phinsolutions.com Sep 27 2012 02:07:15     GMAC,
             Payment Processing Center,   P.O. Box 9001951,   Louisville, KY 40290-1951
                                                                                    TOTAL: 5


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15313031    ##+Beau Bump,   221 E. Cullerton, Unit 803,   Chicago, IL 60616-1494
                                                                       TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

District/off: 0752-1          User: rgreen              Page 2 of 3              Date Rcvd: Sep 26, 2012
                             Form ID: pdf006           Total Noticed: 30

                    ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 28, 2012**                        **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1              User: rgreen             Page 3 of 3              Date Rcvd: Sep 26, 2012
                                  Form ID: pdf006          Total Noticed: 30
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2012 at the address(es) listed below:
         Cari A Kauffman    on behalf of Creditor   CITIMORTGAGE, INC. ND-Four@il.cslegal.com
         Michael J  Kalkowski    on behalf of Creditor   BAC Home Loans Servicing, LP FKA Countrywide Home
         Loans Servicing LP mkalkowski@fisherandshapirolaw.com,   BK_IL_Notice@fisherandshapirolaw.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         Ronald J. Kapustka    on behalf of Creditor   University Commons II Condominium Association
         ndaily@ksnlaw.com,   bankruptcy@ksnlaw.com
         Ronald R Peterson    rpeterson@jenner.com,   rpeterson@ecf.epiqsystems.com;docketing@jenner.com
         Scott R Clar    on behalf of Debtor Robert Lafferty sclar@craneheyman.com,
         mjoberhausen@craneheyman.com;asimon@craneheyman.com
                                              TOTAL: 6