# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                    §
                                          §
LAFFERTY, ROBERT M.                       §      Case No. 10-12977 TAB
                                          §
            Debtor(s)                     §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                         Assets Exempt:
(Without deducting any secured claims)


Total Distributions to Claimants:         Claims Discharged
                                          Without Payment:


Total Expenses of Administration:

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on            . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/RONALD R. PETERSON _____

                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 5170 Simi Valley, CA 93062 | | | | | |
| | Bank of America PO Box 5170 Simi Valley, CA 93062 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 5170 Simi Valley, CA 93062 | | | | | |
| | CCO Mortgage PO Box 6260 Glen Allen, VA 23058-6260 | | | | | |
| | Citimortgage, Inc. PO Box 6006 The Lakes, NV 88901 | | | | | |
| | Citimortgage, Inc. PO Box 6006 The Lakes, NV 88901 | | | | | |
| | GMAC Payment Processing Center P.O. Box 9001951 Louisville, KY 40290-1951 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD R PETERSON | | | | | |
| RONALD R PETERSON | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| REVERSES CHARGE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanta Bank Corp. PO Box 8088 Philadelphia, PA 19101-8088 | | | | | |
| | Bank of America PO Box 851001 Dallas, TX 75285-1001 | | | | | |
| | Business Office Solutions PO Box 446 Oak Lawn, IL 60453 | | | | | |
| | Capital One PO Box 6492 Carol Stream, IL 60197-6492 | | | | | |
| | Capital One PO Box 6492 Carol Stream, IL 60197-6492 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase PO Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | Darla Kaczmarski 1111 W. 15th St., Unit 223 Chicago, IL 60608 | | | | | |
| | Discover PO Box 30943 Salt Lake City, UT 84130 | | | | | |
| | FIA Card Services PO Box 851001 Dallas, TX 75285-1001 | | | | | |
| | HSBC Card Services PO Box 37281 Baltimore, MD 21297-3281 | | | | | |
| | John Lipinski Coman & Anderson PC 2525 Cabot Dr., Suite 300 Lisle, IL 60532 | | | | | |
| | Macy's Star Rewards Bankruptcy Processing PO Box 8066 Mason, OH 45040 | | | | | |
| | Macy's Visa PO Box 183084 Columbus, OH 43218-3084 | | | | | |
| 000001 | CHASE BANK USA, N.A. | | | | | |
| 000002 | DISCOVER BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000003 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000005 | ADVANTA BANK CORP. IN RECEIVERSHIP | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

Exhibit 8

| Case No: | 10-12977 | Judge: Timothy A Barnes | | Trustee Name: | RONALD R. PETERSON |
| --- | --- | --- | --- | --- | --- |
| Case Name: | LAFFERTY, ROBERT M. | | | Date Filed (f) or Converted (c): | 03/25/10 (f) |
| | | | | 341(a) Meeting Date: | 05/21/10 |
| For Period Ending: | 12/21/12 | | | Claims Bar Date: | 08/25/10 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Primary residence 1111 W. 15th St., Unit 223, Chic | 360,000.00 | 0.00 | | 0.00 | 0.00 | 364,000.00 | 0.00 |
| 2. 221 E. Cullerton St., Unit 803, Chicago, IL 60617 | 145,000.00 | 0.00 | | 0.00 | 0.00 | 287,000.00 | 0.00 |
| 3. 1525 S. Sangamon St., Unit 704 Owned by partnershi | 145,000.00 | 0.00 | | 0.00 | 0.00 | 264,000.00 | 0.00 |
| 4. 1000 W. 15th St., Unit 238, Chicago, Illinois 6060 | 294,000.00 | 0.00 | | 0.00 | 0.00 | 300,000.00 | 0.00 |
| 5. First American Bank Personal checking account endi | 860.19 | 860.19 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 6. 221 account | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 7. 2 dressers, bed, armour, lamp, corner shelf, wall | 1,000.00 | 1,000.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 8. CDs, books, furniture | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 9. Ordinary wearing apparel | 250.00 | 250.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 10. Term life insurance | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 11. 100% stock Viper 1 Enterprise, Inc. Operates Quizn | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 12. Wells Fargo security account ending 7408 | 14.02 | 14.02 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 13. Tax refund - 2009 personal income taxes approximat | 4,000.00 | 4,000.00 | | 3,670.19 | FA | 0.00 | 0.00 |
| 14. Quiznos Subs 1332 S. Halsted St., Chicago, IL 6060 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 10-12977 | Judge: Timothy A Barnes |
|---|---|---|
| Case Name: | LAFFERTY, ROBERT M. | |

| Trustee Name: | RONALD R. PETERSON |
|---|---|
| Date Filed (f) or Converted (c): | 03/25/10 (f) |
| 341(a) Meeting Date: | 05/21/10 |
| Claims Bar Date: | 08/25/10 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 15. 1990 Cadillac | 1,000.00 | 1,000.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 16. Tax refund | 4,000.00 | 3,000.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.20 | Unknown | 0.00 | 0.00 |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $955,124.21 | $10,124.21 | | $3,671.39 | $0.00 | $1,215,000.00 | $0.00 |
|---|---|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

January 30, 2012, 12:50 pm.  Business failed.  Need to take one last look at real estate.

November 26, 2010, 5:33 p.m.  Attempting to value Quiznos franchise.

Initial Projected Date of Final Report (TFR): 09/30/13      Current Projected Date of Final Report (TFR): 04/30/13

_____  Date: _____
RONALD R. PETERSON

FORM 2                                                                                    Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                              Exhibit 9

| | |
|---|---|
| Case No: | 10-12977  -TAB |
| Case Name: | LAFFERTY, ROBERT M. |
| | |
| Taxpayer ID No: | *******8486 |
| For Period Ending: | 12/21/12 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8414  Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/09/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 3,624.53 | | 3,624.53 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.23 | 3,622.30 |
| 10/31/12 | 030001 | Ronald R Peterson Trustee Jenner & Block LLP 353 North Clark Street Chicago, Illinois 60654-3456 | Trustee Fee | 2100-000 | | 917.85 | 2,704.45 |
| 10/31/12 | 030002 | Ronald R Peterson Jenner & Block LLP 353 North Clark Street Chicago, Illinois 60654-3456 | Trustee Expenses | 2200-000 | | 2.96 | 2,701.49 |
| 10/31/12 | 030003 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Final distribution | 7100-000 | | 3.63 | 2,697.86 |
| 10/31/12 | 030004 | Discover Bank Dfs Services LLC PO Box 3025 New Albany, OH 43054-3025 | Final distribution | 7100-000 | | 516.11 | 2,181.75 |
| 10/31/12 | 030005 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | Final distribution | 7100-000 | | 1,064.55 | 1,117.20 |
| 10/31/12 | 030006 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | Final distribution | 7100-000 | | 1,117.20 | 0.00 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 2.31 | -2.31 |
| 11/27/12 | | Reverses Charge | Service Fee | 2600-000 | 2.31 | | 0.00 |

Page Subtotals         3,626.84         3,626.84

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2   Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-12977  -TAB |
| Case Name: | LAFFERTY, ROBERT M. |
| | |
| Taxpayer ID No: | *******8486 |
| For Period Ending: | 12/21/12 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8414  Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 3,626.84 | 3,626.84 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 3,624.53 | 0.00 | |
| | | | Subtotal | | 2.31 | 3,626.84 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 2.31 | 3,626.84 | |

Page Subtotals                    0.00                    0.00

Ver: 17.00b

FORM 2

Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 10-12977  -TAB | | | Trustee Name: | RONALD R. PETERSON | |
| Case Name: | LAFFERTY, ROBERT M. | | | Bank Name: | BANK OF AMERICA, N.A. | |
| | | | | Account Number / CD #: | *******0435  Money Market Account (Interest Earn | |
| Taxpayer ID No: | *******8486 | | | | | |
| For Period Ending: | 12/21/12 | | | Blanket Bond (per case limit): | $  5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/28/10 | 13 | Robert M. Lafferty<br>1332 S. Halsted<br>Chicago, Il 606007 | | 1124-000 | 3,670.19 | | 3,670.19 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.09 | | 3,670.28 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.10 | | 3,670.38 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.09 | | 3,670.47 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.09 | | 3,670.56 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.10 | | 3,670.66 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.09 | | 3,670.75 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.09 | | 3,670.84 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,670.87 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,670.90 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,670.93 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 3,670.96 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,670.99 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,671.02 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,671.05 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,671.08 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,671.11 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.68 | 3,666.43 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,666.46 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.52 | 3,661.94 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,661.97 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.51 | 3,657.46 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,657.49 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.80 | 3,652.69 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,652.72 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.34 | 3,648.38 |

| | | |
|---|---|---|
| Page Subtotals | 3,671.23 | 22.85 |

Ver: 17.00b

FORM 2   Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-12977  -TAB |
| Case Name: | LAFFERTY, ROBERT M. |
| | |
| Taxpayer ID No: | *******8486 |
| For Period Ending: | 12/21/12 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0435  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,648.41 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.49 | 3,643.92 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 3,643.95 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.63 | 3,639.32 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,639.35 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.62 | 3,634.73 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,634.76 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.32 | 3,630.44 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,630.47 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.76 | 3,625.71 |
| 08/09/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 3,625.72 |
| 08/09/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 1.19 | 3,624.53 |
| | | 901 MAIN STREET | | | | | |
| | | 9TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 08/09/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 3,624.53 | 0.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | 3,671.39 | 3,671.39 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 3,624.53 | |
| Subtotal | 3,671.39 | 46.86 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 3,671.39 | 46.86 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******8414 | 2.31 | 3,626.84 | 0.00 |
| Money Market Account (Interest Earn - *******0435 | 3,671.39 | 46.86 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 3,673.70 | 3,673.70 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals   0.16   3,648.54

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

Ver: 17.00b

FORM 2                                                                                    Page:    5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                        Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-12977  -TAB | |
| Case Name: | LAFFERTY, ROBERT M. | |
| | | |
| Taxpayer ID No: | *******8486 | |
| For Period Ending: | 12/21/12 | |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0435  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking Account - *******8414 | | Transfers) | To Debtors) | On Hand |
| | | | Money Market Account (Interest Earn - *******0435 | | | | |

Page Subtotals                          0.00                0.00

Ver: 17.00b